640 A.2d 411

**Samuel S. LYNESS, M.D., Appellant,**

v.

**STATE BOARD OF MEDICINE of the Commonwealth of Pennsylvania.**

Supreme Court of Pennsylvania.

Argued April 5, 1994.

Decided April 22, 1994.

Jean B. Green, Donald J. Martin, Norristown, for S.S. Lyness.

John F. Alcron, Joyce McKeever, Harrisburg, for State Bd. of Medicine.

## *ORDER*

PER CURIAM:

Appeal quashed for failure to exhaust administrative remedies.

Mr. Justice MONTEMURO is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800, due to the unavailability of Mr. Justice LARSEN, see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.